ALLEN HAY and THOMAS HAY *vs.* JOHN JENKINS
and JOHN G. HEWES.

## *When an Appeal will not lie.*

Where an appeal is prayed and allowed, and then withdrawn, the party
is not precluded, if nothing more be done, from afterwards prosecuting
an appeal, provided he does so within the time allowed by law, for ap-
peals to be taken; but where he withdraws or countermands his appeal,
and then takes out execution upon the judgment, he thereby waives his
exceptions, and cannot afterwards appeal in the same case.

APPEAL from the Superior Court of Baltimore City.

The cause was argued before BARTOL, C. J., STEWART,
BRENT, MILLER and ALVEY, J.

*John H. Thomas,* for the appellants.

*Benjamin C. Barroll,* for the appellees.

This case, by agreement, was argued together with the case between the
same parties, to be found ante p. 547.

MILLER, J., delivered the opinion of this Court.

The motion to dismiss this appeal must prevail.   The ver-
dict was in favor of the appellants, the plaintiffs below, for
$510.67, and judgment for this sum and costs was rendered
in their favor on the 28th of June, 1865.   At the trial, both
parties took exceptions and entered appeals, but subsequently
on the 29th of July, the plaintiffs "countermanded" their
order for an appeal, and on the same day issued an *execution*
on the judgment which was returned "stayed by defendants'
appeal; bond filed and approved by the Court, August 6th,
1865." Afterwards, on the 10th of January, 1867, they re-
newed their appeal.   Where an appeal is prayed and allowed
and then withdrawn, the party is not precluded, if nothing

more is done, from afterwards prosecuting an appeal, provided he does so within the time allowed by law for appeals to be taken; but where he withdraws or countermands his appeal *and then takes out execution upon the judgment,* we are of opinion he thereby waives his exceptions, and cannot afterwards appeal in the same case.

*Appeal dismissed.*

(Decided 21st April, 1868.)